# Levy Ratner

**Attorneys**
—

Daniel J. Ratner          Robert H. Stroup          Kimberley A. Lehmann*
Gwynne A. Wilcox*         Dana E. Lossia*           Aleksandr L. Felstiner
Pamela Jeffrey            Micah Wissinger           Jessica I. Apter*
Carl J. Levine*           Ryan J. Barbur            Rebekah Cook-Mack
David Slutsky*            Alexander Rabb            Courtney L. Allen
Allyson L. Belovin        Laureve D. Blackstone*

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175

o   212.627.8100
f   212.627.8182
    levyratner.com

*Of Counsel*          *Special Counsel*
—                     —

Irwin Bluestein       Richard A. Levy
Patricia McConnell    Daniel Engelstein
Linda E. Rodd         Richard Dorn

November 30, 2020

**BY ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court, Southern
District of New York
40 Foley Square, Room 2102
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/2/20___

> Re:     **Board of Trustees of 1199/SEIU Greater New York
> Benefit Fund and Board of Trustees of 1199SEIU
> Greater New York Education Fund v. Amboy Care
> Center, Inc.
> SDNY Index No. 20 Civ. 06932 (AJN)**

Dear Judge Nathan:

We represent plaintiffs in this action and write regarding the status conference scheduled for December 11, 2020.

Defendant has failed to appear, answer or move with respect to the complaint. A certificate of default issued on October 26, 2020. We intend to move for entry of a default judgment and will file our papers by the end of December 2020.

Accordingly, we suggest that the December 11, 2020 conference be cancelled. Thank you.

Respectfully,

Patricia McConnell
Patricia McConnell

12/2/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

PMC:jtr

cc:     Amboy Health Care Center (via first class mail)

1289-003-00001: 11185021

*Advancing the rights of
everyone who works*

* Admitted in NY and NJ.

> The December 11, 2020 initial
> pretrial conference is hereby
> adjourned *sine die*. Plaintiffs shall
> move for default judgment by no later
> than December 31, 2020.
> SO ORDERED.