UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/21

Board of Trustees of 1199/SEIU Greater New York Benefit Fund, et al.,

        Plaintiffs,

    –v–

Amboy Care Center, Inc.

        Defendant.

20-cv-6932 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant's motion to compel arbitration, Dkt. No. 35, and hereby sets the following briefing schedule:

    Plaintiffs' response, if any, is due no later than: August 16, 2021

    Defendant's reply, if any, is due no later than: August 23, 2021.

    SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge