```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BOARD OF TRUSTEES OF 1199/SEIU GREATER    :
NEW YORK BENEFIT FUND and BOARD OF        :
TRUSTEES OF 1199/SEIU GREATER NEW YORK    :   20cv6932 (DLC)
EDUCATION FUND,                           :
                                         :
                      Plaintiffs,         :   ORDER
                                         :
          -v-                             :
                                         :
AMBOY CARE CENTER, INC.,                  :
                                         :
                      Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion granting summary judgment in part to the plaintiffs in the above-captioned case was entered on June 27, 2022. It is hereby

ORDERED that the plaintiffs shall move for attorneys' fees and costs by **July 8**. Any opposition shall be filed by **July 15**.

IT IS FURTHER ORDERED that the plaintiffs shall include in their motion for attorneys' fees and costs a calculation of interest payments owed on the unpaid contributions through July 26, 2022.

Dated:   New York, New York
         June 28, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge