```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
BOARD OF TRUSTEES OF 1199/SEIU GREATER :    20cv6932 (DLC)
NEW YORK BENEFIT FUND and BOARD OF    :
TRUSTEES OF 1199/SEIU GREATER NEW YORK :    ORDER
EDUCATION FUND,                       :
                                      :
                    Plaintiffs,       :
                                      :
          -v-                         :
                                      :
AMBOY CARE CENTER, INC.,              :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On June 27, 2022, the Court issued an Opinion and Order awarding the plaintiffs partial summary judgment for unpaid contributions, audit costs, and interest. The next day, the Court issued an Order directing plaintiffs to file any motion for attorney's fees and costs by July 8, 2022, and to include in their motion a calculation of interest on the unpaid contributions through July 26, 2022. The plaintiffs timely filed their motion, which included a calculation of interest payments. Defendant did not dispute the interest calculations. Today, the Court issued an Opinion granting the plaintiffs' motion for attorney's fees and costs. It is hereby

ORDERED that the plaintiffs shall present to the defendant a proposed judgment by **September 9, 2022.**

IT IS FURTHER ORDERED that the parties shall file the

proposed judgement with any objections to its terms by **September 16, 2022.**

SO ORDERED:

Dated:   New York, New York
         September 1, 2022

                                         _____
                                              DENISE COTE
                                         United States District Judge