UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOARD OF TRUSTEES OF 1199/SEIU GREATER
NEW YORK BENEFIT FUND and BOARD OF
TRUSTEES OF 1199/SEIU GREATER NEW YORK
EDUCATION FUND,

**JUDGMENT**

20-cv-6932 (DLC)

Plaintiffs,

-against-

AMBOY CARE CENTER, INC.,

Defendant.
------------------------------------------------------------------X

The Court having issued an Opinion and Order on June 27, 2022 awarding plaintiffs partial summary judgment for unpaid benefit fund contributions, audit costs and interest; and

The Court having issued an Opinion on September 1, 2022 granting plaintiffs' motion for attorney's fees and costs,

NOW, THERFORE,

JUDGMENT is hereby entered in favor of Plaintiffs Board of Trustees of 1199/SEIU Greater New York Benefit Fund and Board of Trustees of 1199/SEIU Greater New York Education Fund and against Defendant Amboy Care Center as follows:

a) in the amount of $819,006.65 to the 1199/SEIU Greater New York Benefit Fund, representing: delinquent contributions in the amount of $357,347.89; interest on the delinquent contributions in the amount of $405,877.76; audit costs in the amount of $500.00; and attorney's fees and costs in the amount of $55,281.00;

b) in the amount of $11,703.45 to the 1199/SEIU Greater New York Education Fund, representing: delinquent contributions in the amount of $5,237.66, interest on the delinquent contributions in the amount of $5,965.80, and audit costs in the amount of $500.00; and

    c)    post-judgment interest at the legal rate until the judgment is satisfied.

ORDERED AND ADJUDGED:

Dated: September 22, 2022
       New York, New York

                                      DENISE L. COTE
                                  United States District Judge